UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADRIANNA KILLAM,<br>                    Plaintiff,<br>vs.<br><br>UW VILLAGE REAL ESTATE DEVELOPMENT, LLC,<br>                    Defendant(s). | Case No.: C17-917 RAJ<br><br>**ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

## **ORDER**

THIS MATTER having come on before the above-entitled court on the stipulation of the parties, now, therefore, it is hereby

ORDERED ADJUDGED AND DECREED that Thomas L. Dickson and the Dickson Law Group PS is substituted in place of Glyn E. Lewis and the Law Office of Glyn E. Lewis, as counsel of record, effective immediately.

DATED this 21st day of July, 2017.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

Order for Withdrawal
and Substitution
Page 1 of 1

**DICKSON**LAW**GROUP**
1201 PACIFIC AVENUE, SUITE 2050
TACOMA, WASHINGTON  98402
(253) 572-1000  -  FACSIMILE (253) 572-1300